IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICAH SMITH, | § | |
| | § | |
| Defendant Below, | § | No. 193, 2024 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1512004476 (N) |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: January 2, 2025
Decided: March 6, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its April 20, 2024 order denying the appellant's second motion for postconviction relief.[1]

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] *State v. Smith*, 2024 WL 1907282 (Del. Super. Ct. Apr. 30, 2024).